# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**AMSCHEL DE ROTHSCHILD II**                                                     **PLAINTIFF**

v.                                         **CIVIL ACTION NO. 3:22-CV-70-GNS**

**JAHRON BRATHWAITE**                                                        **DEFENDANT**

### ORDER

For the reasons set forth in the Memorandum entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED without prejudice** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal *in forma pauperis* would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: April 18, 2022

Greg N. Stivers, Chief Judge
United States District Court

cc:      Plaintiff, *pro se*
4416.011